IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LEON E. MORRIS,

      Plaintiff,                     No. 2:12-cv-01202-MCE-KJN P

     v.

DR. NANGALAMA, et al.,

      Defendants.              <u>ORDER</u>

                          /

     Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

     On January 29, 2013, the Magistrate Judge filed findings and recommendations herein (ECF No. 21) which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Neither party has filed objections to the findings and recommendations.

     The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis.

     Accordingly, IT IS HEREBY ORDERED that:

////

1. The findings and recommendations (ECF No. 21) filed January 29, 2013, are ADOPTED IN FULL;

2. Plaintiff's in forma pauperis status is REVOKED; and

3. Plaintiff shall pay the filing fee of $350.00 within fourteen days from the date of this order.  Failure to timely pay the filing fee will result in the dismissal of this action.

DATED:    March 8, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE

2