UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEON E. MORRIS, | No. 2:12-cv-01202 MCE KJN P |
| Plaintiff, | |
| v. | ORDER |
| DR. NANGALAMA, et al., | |
| Defendants. | |

On May 23, 2013, plaintiff filed a document styled as a "Motion for Reconsideration." That motion appears to ask this Court to reconsider its May 13, 2013 order confirming the March 8, 2013 order adopting in full the recommendation that plaintiff's in forma pauperis status be revoked, and granting plaintiff fourteen days to pay the court's filing fee.

A district court may reconsider a ruling under either Federal Rule of Civil Procedure 59(e) or 60(b). See Sch. Dist. Number. 1J, Multnomah County v. ACandS, Inc., 5 F.3d 1255, 1262 (9th Cir. 1993). "Reconsideration is appropriate if the district court (1) is presented with newly discovered evidence, (2) committed clear error or the initial decision was manifestly unjust, or (3) if there is an intervening change in controlling law." Id. at 1263.

Plaintiff does not present newly discovered evidence suggesting this matter should not be dismissed. This Court previously conducted a de novo review of this case (ECF No. 25), and finds that the May 13, 2013 order adopting the Magistrate Judge's January 29, 2013 findings and

1  recommendations is neither manifestly unjust nor clearly erroneous.

2      On March 8, 2013, plaintiff was ordered to pay the filing fee within fourteen days. On
3  May 13, 2013, plaintiff was ordered to pay the filing fee within fourteen days. Almost three
4  months have passed since plaintiff was first ordered to pay the filing fee. Therefore, plaintiff is
5  directed to pay the $350.00 filing fee seven days from the date of this order. No further
6  extensions of time will be granted. Failure to pay the filing fee will result in the dismissal of this
7  action.

8      Accordingly, IT IS HEREBY ORDERED that:

9      1. Plaintiff's May 23, 2013 Motion for Reconsideration (ECF No. 26) is DENIED; and

10     2. Plaintiff shall pay the $350.00 filing fee within seven days from the date of this order.
11 No further extensions of time will be granted.

12     IT IS SO ORDERED.

13 Dated: August 27, 2013

15 MORRISON C. ENGLAND, JR., CHIEF JUDGE
16 UNITED STATES DISTRICT COURT

2