UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEON E. MORRIS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DR. NANGALAMA, et al.,<br><br>　　　　　Defendants. | No.  2:12-cv-1202 MCE KJN P<br><br><br>FINDINGS AND RECOMMENDATIONS |

　　　　By an order filed May 13, 2013, plaintiff's in forma pauperis status was revoked, and plaintiff was granted fourteen days in which to pay the filing fee. (ECF No. 25.) On August 28, 2013, plaintiff was granted an additional seven days in which to pay the filing fee, and plaintiff was advised that no further extensions of time would be granted. (ECF No. 27.) Seven days have now passed, and plaintiff has not paid the appropriate filing fee. Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

　　　　These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Any response to the objections shall be filed and served within fourteen days after service of the objections. The

1

1  parties are advised that failure to file objections within the specified time may waive the right to
2  appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).
3  Dated:  October 4, 2013

```
                                        _____
                                        KENDALL J. NEWMAN
                                        UNITED STATES MAGISTRATE JUDGE
```

6  morr1202.fpf