UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEON E. MORRIS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NANGALAMA, et al.,<br><br>　　　　　Defendants. | No. 2:12-cv-1202 MCE KJN P<br><br><br>ORDER |

　　Defendants Nangalama, Whitted, Turner, and Sahota filed a motion for extension of time to file a responsive pleading. Good cause appearing, IT IS HEREBY ORDERED that:

　　1. Defendants' motion for an extension of time (ECF No. 49] is granted; and

　　2. Defendants Nangalama, Whitted, Turner, and Sahota shall file a responsive pleading on or before September 4, 2014.

Dated: July 29, 2014

/morr1202.eot

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE