UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEON E. MORRIS,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>NANGALAMA, et al.,<br><br>　　　　　　Defendants. | No. 2:12-cv-1202 MCE KJN P<br><br><br>ORDER |

　　　　Plaintiff is a state prisoner, proceeding pro se, with a civil rights action pursuant to 42 U.S.C. § 1983.  On March 27, 2015, defendants filed a motion to modify the scheduling order solely to delay the deposition of plaintiff until resolution of the status of Dr. Duc as a defendant is resolved.  On January 13, 2015, defendants filed a response to the court's order seeking assistance in locating defendant Vu.  Defendants stated that it appeared that plaintiff's references in his complaints to "Dr. Vu" were actually directed to "Dr. Vu Duc," who was dismissed from this action on June 25, 2014.  Dr. Duc was dismissed from this action because plaintiff's second amended complaint contained no charging allegations against Dr. Duc.

　　　　Plaintiff did not file a response to defendants' information concerning Dr. Duc, and has not sought leave to amend to include charging allegations against Dr. Duc.  Thus, it is unclear whether plaintiff wishes to delay this action and seek leave to amend to raise allegations as to Dr. Duc, or whether he wishes to proceed solely as to defendants Nangalama, Sahota, Whitted, and

1

Turner. If defendant Vu was incorrectly named, it appears that defendant Vu should be dismissed from this action.

Due to the unknown status of Dr. Duc, defendants' motion to briefly extend the discovery deadline to depose plaintiff is granted. In all other respects, the March 27, 2015 discovery deadline remains in effect. Plaintiff is directed to complete and file, within twenty-one days, the attached notice, to advise whether he does not wish to delay this action and intends to proceed solely as to defendants Nangalama, Sahota, Whitted, and Turner, or whether he seeks leave to amend. If he seeks to amend, he shall include a motion to amend, and a proposed third amended complaint. Plaintiff shall also indicate whether he consents to the dismissal of defendant Vu.

Plaintiff is cautioned that failure to respond to this order will result in a recommendation that defendant Vu be dismissed, and this action will proceed solely as to defendants Nangalama, Sahota, Whitted, and Turner, inasmuch as Dr. Duc was previously dismissed from this action.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' request to briefly extend the discovery deadline (ECF No. 66) is granted;

2. Defendants shall depose plaintiff on or before May 1, 2015;

3. Within twenty-one days from the date of this order, plaintiff shall complete the attached Notice and submit the following documents to the court:

    a. The completed Notice; and

    b. If he chooses to seek leave to amend, a motion to amend, accompanied by a proposed third amended complaint;

4. The Clerk of the Court is directed to send plaintiff a copy of the second amended complaint (ECF No. 39), and the form for filing a civil rights complaint by a prisoner.

Dated: March 31, 2015

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/morr1202.duc

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEON E. MORRIS | No. 2:12-cv-1202 MCE KJN P |
| Plaintiff, | |
| v. | NOTICE |
| NANGALAMA, et al., | |
| Defendants. | |

Plaintiff responds to the court's order as follows:

1. \_\_\_\_ Plaintiff does not wish to delay this action but proceeds solely as to defendants Nangalama, Sahota, Whitted, and Turner.

OR

\_\_\_\_ Plaintiff seeks leave to amend. Enclosed are plaintiff's motion to amend and proposed third amended complaint.

2. \_\_\_\_ Plaintiff voluntarily dismisses defendant Vu, who was incorrectly named.

DATED:

_____
Plaintiff