UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEON E. MORRIS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NANGALAMA, et al.,<br><br>　　　　Defendants. | No. 2:12-cv-1202 MCE KJN P<br><br><br>ORDER |

　　　　Plaintiff is a state prisoner, proceeding pro se, with a civil rights action pursuant to 42 U.S.C. § 1983. On March 16, 2014, plaintiff filed a document styled "Plaintiff's Motion Requesting Sanctions and Judicial Intervention. . . ." (ECF No. 65.) However, in essence, plaintiff's motion is a motion to compel discovery responses. Accordingly, the parties are required to brief this motion pursuant to Local Rule 230(l). (ECF No. 12 at 3:4-8.)

　　　　IT IS HEREBY ORDERED that within twenty-one days, defendants shall file an opposition, or statement of non-opposition, to plaintiff's March 16, 2015 motion; and seven days thereafter, plaintiff shall file a reply.

Dated:  April 10, 2015

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　KENDALL J. NEWMAN
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

/morr1202.fb

1