1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   LEON E. MORRIS,                            No.  2:12-cv-1202 MCE KJN P

12                    Plaintiff,

13        v.                                    ORDER

14   DR. NANGALAMA, et al.,

15                    Defendants.

16

17        Plaintiff is a state prisoner, proceeding pro se, with a civil rights action pursuant to 42

18   U.S.C. § 1983.  In Plaintiff's Second Amended Complaint, Plaintiff raised potentially cognizable

19   claims against a defendant identified as "Vu," and included no charging allegations as to a

20   defendant identified as "Dr. Duc."  Subsequently, Dr. Duc was dismissed by the Court (ECF No.

21   48), and the assigned magistrate judge ordered counsel for Defendants to assist Plaintiff in

22   locating a Dr. Vu in order to accomplish service of process.  ECF No. 58.  During such efforts,

23   Defendants discovered that a "Dr. Vuong Duc" had previously reviewed an appeal from Plaintiff

24   and prescribed medication for Plaintiff.  ECF No. 66 at 3.

25        Plaintiff has now filed a Third Amended Complaint in which he has substituted his

26   potentially cognizable claims against Defendant Vu for the individual now identified as "Dr. Vu

27   Duc."

28   ///

1

1    Accordingly, the Court's dismissal of Dr. Duc (ECF No. 48) is VACATED.

2    IT IS SO ORDERED.

3  Dated:  May 26, 2015

4

5                                          MORRISON C. ENGLAND, JR., CHIEF JUDGE
                                           UNITED STATES DISTRICT COURT
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2