1

2

3

4

5

6

7

8                        IN THE UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12   **LEON E. MORRIS,**                          Case No. 2:12-cv-01202-MCE-KJN

13                                    Plaintiff,  **ORDER GRANTING DEFENDANTS'
                                                  MOTION TO MODIFY THE**
14          **v.**                                **DISCOVERY AND REVISED
                                                  SCHEDULING ORDER**
15

16   **NANGALAMA, et al. ,**

17                                   Defendants.

18

19          Defendants seek a third extension of time in which to file a motion for summary judgment.

20   Defendants are awaiting finalization of their expert declaration from Dr. Galen Church, who is

21   currently on vacation and cannot provide his signed declaration.  Defendants aver that good cause

22   exists because if defendants are successful on their motion for summary judgment, the case will

23   be resolved in its entirety, and contend that defendants will be prejudiced if the motion is not

24   granted.

25          "The district court is given broad discretion in supervising the pretrial phase of litigation."

26   Johnson v. Mammoth Recreations, Inc., 975 F.2d 604, 607 (9th Cir. 1992) (citation and internal

27   quotation marks omitted).  Rule 16(b) provides that "[a] schedule may be modified only for good

28   cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4).  "The schedule may be modified

1   'if it cannot reasonably be met despite the diligence of the party seeking the extension.'"

2   Zivkovic v. Southern California Edison Co., 302 F.3d 1080, 1087 (9th Cir. 2002) (quoting

3   Johnson, 975 F.2d at 607).

4          In the April 22, 2016 order, defendants were advised that no further extensions of this

5   deadline would be granted.  (ECF No. 87 at 2.)  However, defendants seek a brief extension, and

6   are unable to file their motion without Dr. Church's signed declaration.  Because the extension is

7   necessitated by the absence of Dr. Church, and not for an improper purpose, the undersigned

8   finds good cause to grant defendants' motion to modify the discovery and revised scheduling

9   order.

10          Accordingly, IT IS HEREBY ORDERED that

11          1.  Defendants' motion (ECF No. 88) is granted; and

12          2.  The deadline to file dispositive motions is extended to May 17, 2016.  In all other

13   respects, the August 13, 2015 discovery and scheduling order remains in effect.

14   Dated:  May 13, 2016

15

16   _____
     KENDALL J. NEWMAN
     UNITED STATES MAGISTRATE JUDGE

17

18

19

20   /cw/morr1202.16b3

21

22

23

24

25

26

27

28