UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEON E. MORRIS,<br><br>    Plaintiff,<br><br>    v.<br><br>NANGALAMA, et al.,<br><br>    Defendants. | No. 2:12-cv-1202 MCE KJN P<br><br><br>ORDER |

    Plaintiff is a state prisoner, proceeding without counsel. Plaintiff filed motions to vacate orders issued in the last three months and to temporarily stay this action pending his return from his assignment to the Department of Mental Health ("DMH"). (ECF Nos. 92, 94.) Plaintiff avers that he was hospitalized from March 17, 2016, to June 20, 2016, and is presently awaiting transfer to either Vacaville or Stockton for a higher level of mental health care treatment. Plaintiff claims that his personal property, including his legal materials, was taken during his hospitalization, and such property will not be returned to him until he is transferred back from the DMH. Thus, plaintiff did not receive defendants' motion, or recent court orders.

    Good cause appearing, plaintiff's motions are partially granted. The July 1, 2016 order is vacated, and defendants' motion for summary judgment is denied without prejudice to its renewal. This action is stayed for thirty days. Thirty days from the date of this order, plaintiff

shall file a status report addressing the status of his current housing.

   Accordingly, IT IS HEREBY ORDERED that:

   1. Plaintiff's motions (ECF Nos. 92, 94) are partially granted;

   2. The July 1, 2016 order (ECF No. 93) is vacated;

   3. Defendants' motion for summary judgment (ECF No. 90) is denied without prejudice to its renewal;

   4. This action is stayed for thirty days; and

   5. Thirty days from the date of this order, plaintiff shall file a status report addressing the status of his current housing.

Dated:  August 2, 2016

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/morr1202.stay