UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEON E. MORRIS, | No. 2:12-cv-1202 MCE KJN P |
| Plaintiff, | |
| v. | ORDER |
| NANGALAMA, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding pro se. On January 5, 2017, this action was stayed pending plaintiff's release from the Department of State Hospitals ("DSH") and his legal materials returned to him. More than ninety days have now passed, and the California Department of Corrections and Rehabilitation inmate locator reflects that plaintiff is now housed in the California State Prison in Los Angeles County ("LAC"). It is not clear, however, whether plaintiff has been released from the care of the DSH or that plaintiff now has possession of his legal materials. Plaintiff is directed to file a status report addressing such issues.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff shall inform the court, within thirty days, whether he has been released from DSH care and whether his legal materials have been returned to him; defendants may file a reply within seven days thereafter; and

1

2. The Clerk of the Court is directed to serve a copy of this order on plaintiff at: Leon E. Morris, CDCR # P54809, California State Prison, Lancaster, 44750 60th Street West, Lancaster, CA 93536-7620.

Dated: June 9, 2017

/morr1202.fb

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE